■ CONCERNED CITIZENS OF CATTARAUGUS COUNTY, INC., et al., Appellants, v CITY OF OLEAN et al., Respondents. [858 NYS2d 631]—Appeal from an order and judgment (one paper) of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered May 23, 2007 in a declaratory judgment action. The order and judgment granted the motion of defendants to dismiss the complaint as time barred.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated

in the decision at Supreme Court. Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.